PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: ENID ROMERO                                            Cr.: 04-00008-01
                                                                         PACTS #: 38260

Name of Sentencing Judicial Officer: The Honorable Freda L. Wolfson, U.S. District Court Judge

Date of Original Sentence: August 24, 2005

Original Offense: Structuring International Monetary Instrument: 31§5324(c)(3) and 18: 2 (2 counts)
                  Transaction to Evade Reporting Requirements:

Original Sentence: 5months imprisonment; 3 years supervised release; Special Conditions: 5 months Home Confinement with electronic monitoring; 300 hours Community Service; Drug aftercare; Financial disclosure; Mental health aftercare, and No New Debt. Additionally, the defendant was ordered to pay restitution in the amount of $5,000. To be paid in monthly installments of no less than $150, and a special assessment of $200 was also imposed.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 2/24/06

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1.                      The offender violated the supervision condition which states,' **As a condition of supervision, the defendant shall make restitution in the amount of $5,000; it shall be in monthly installments of no less than $150, to commence 30 days after release from confinement.'**

                        The offender has an outstanding restitution balance of $4,709.69.

U.S. Probation Officer Action:

On January 12, 2009, the Court approved the garnishment of the offender's wages and the balance of the restitution will be collected by the U.S. Attorney's Office Financial Litigation Unit.(Newark)

Accordingly, we recommend to the Court, that the offender's term of supervised release be permitted to expire on February 23, 2009.

                                        Respectfully submitted,

                                        By: Valencia K. Sherrer
                                            Senior U.S. Probation Officer
                                            Date: 1/27/09

[  ] Submit a Request for Modifying the Conditions or Term of Supervision
[  ] Submit a Request for Warrant or Summons
[✓] Other [**The offender's term of Supervised Release shall terminate on February 23, 2009, and the
remaining restitution balance continues to be collected by the U. S. Attorney's Financial Litigation
Unit**].



_____
Signature of Judicial Officer


_____
Date